810

No. 660, Misc. McKee *v.* Illinois. Supreme Court of Illinois. Certiorari denied.

No. 852, Misc. Hyde *v.* New York. Court of Appeals of New York. Certiorari denied. Petitioner *pro se.* *William I. Siegel* for respondent.

No. 922, Misc. Draper *v.* Washington et al. C. A. 9th Cir. Certiorari denied.

No. 926, Misc. Jurkiewicz *v.* Jordan, District Director, Immigration and Naturalization Service, et al. C. A. 7th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox* for respondents.

No. 930, Misc. Doty *v.* Presiding Judge of District Court of Wright County, Iowa. Supreme Court of Iowa. Certiorari denied.

No. 939, Misc. Jackson *v.* Anderson, Jail Superintendent. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Isabel L. Blair* for respondent.

No. 1030, Misc. Lipscomb *v.* United States. C. A. 8th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox* for the United States.

No. 1041, Misc. Stevens *v.* Continental Can Co., Inc. C. A. 6th Cir. Certiorari denied. *Frank C. Sibley* for petitioner. *Rockwell T. Gust* for respondent.